<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7180**

_____

UNITED STATES OF AMERICA,

Plaintiff — Appellee,

v.

JOHNNY GRAYSON,

Defendant — Appellant.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:08-cr-00046-FPS-JSK-1)

_____

Submitted:  February 9, 2012          Decided:  February 14, 2012

_____

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Johnny Grayson, Appellant Pro Se.  Randolph John Bernard, OFFICE
OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Grayson appeals from the district court's order denying his "Motion Requesting Home Confinement Due to New Medical Issues and Relocation [of his supervised release] Because of Marriage." We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. United States v. Grayson, No. 5:08-cr-00046-FPS-JSK-1 (N.D.W. Va. Aug. 23, 2011); see 18 U.S.C. §§ 3621(b), 3625 (2006); Prows v. Fed. Bureau of Prisons, 981 F.2d 466, 469-70 (10th Cir. 1992); United States v. Laughlin, 933 F.2d 786, 789-90 (9th Cir. 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED